

# United States District Court
# Eastern District of California

| Danielle Marcy | Case Number: 2:22-cv-00523-KJM-CKD |

**Plaintiff(s)**

V.

| J. R. Simplot Company | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

**Defendant(s)**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Paul E. Cirner hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant J. R. Simplot Company

On __05/23/2019__ (date), I was admitted to practice and presently in good standing in the __State of Oregon__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __03/22/2022__        Signature of Applicant: /s/ __Paul E. Cirner__

**Pro Hac Vice Attorney**

Applicant's Name: Paul E. Cirner

Law Firm Name: Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Address: 222 SW Columbia Street, Suite 1500

City: Portland   State: OR   Zip: 97201

Phone Number w/Area Code: (503) 552-2140

City and State of Residence: Tigard, Oregon

Primary E-mail Address: paul.cirner@ogletree.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Michael J. Nader

Law Firm Name: Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Address: 500 Capitol Mall, Suite 2500

City: Sacrameto   State: CA   Zip: 95814

Phone Number w/Area Code: (916) 840-3151   Bar #: 200425

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 29, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE