UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE MARCY, et al., | No. 2:22-cv-00523-KJM-CKD |
| Plaintiffs, | ORDER |
| v. | |
| J. R. SIMPLOT COMPANY, et al., | |
| Defendants. | |

Parties jointly request this court extend the deadline for defendants to file an answer to the complaint until thirty days after the court has ruled on plaintiff's forthcoming motion to remand. ECF No. 9. Per Local Rule 144(a), "No open extensions of time by stipulation of the parties will be recognized." To ensure compliance with Local Rule 144(a), **plaintiff shall file a motion to remand no later than thirty days from the date of this order. Defendant shall file an answer to the complaint no later than thirty days after the hearing on the motion to remand, without prejudice as to a renewed request for an extension of time if the court has not yet ruled on the motion to remand.**

This order resolves ECF Nos. 7 and 9.

IT IS SO ORDERED.

DATED: March 31, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE