1

**KINGSLEY & KINGSLEY, APC**
ERIC B. KINGSLEY, Esq. (SBN 185123)
eric@kingsleykingsley.com
LIANE KATZENSTEIN LY, Esq., (SBN 259230)
liane@kingsleykingsley.com
JESSICA BULAON, Esq. (SBN 340749)
jessi@kingsleykingsley.com
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Tel: (818) 990-8300, Fax (818) 990-2903

Attorneys for Plaintiff and the Proposed Class

MICHAEL J. NADER, SBN 200425
michael.nader@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: 916-840-3150
Facsimile: 916-840-3159

Attorneys for Defendant J. R. SIMPLOT
COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE MARCY, an individual, on behalf of herself and others similarly situated<br><br>PLAINTIFF,<br><br>v.<br><br>J. R. SIMPLOT COMPANY; and DOES 1 thru 50, inclusive,<br><br>DEFENDANTS. | CASE NO.  2:22-cv-00523-TLN-CKD<br><br>**STIPULATION FOR LEAVE TO PERMIT PLAINTIFF TO FILE FIRST AMENDED CLASS ACTION COMPLAINT; ORDER THEREON**<br><br>Complaint Filed: February 14, 2022<br>State Court Case No.: STK-CV-UOE-2022-1105<br><br>Notice of Removal Filed: March 21, 2022<br>Trial Date: None set |

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff DANIELLE MARCY ("Plaintiff"), an individual, on behalf herself and the Proposed Class, and Defendant J. R. SIMPLOT COMPANY ("Defendant") (collectively the "Parties") hereby stipulate as follows:

WHEREAS, on February 14, 2022, Plaintiff filed the instant Action in the Superior Court of the State of California for the County of San Joaquin, alleging four causes of action: (1) failure to provide meal breaks pursuant to Labor Code §§ 226.7 and 512; failing to provide accurate and itemized wage statements pursuant to Labor Code § 226(a); penalties pursuant to Labor Code § 203; and violation of Business & Professions Code § 17200;

WHEREAS, on March 21, 2022, Defendant removed this Action to federal district court in the Eastern District of California;

WHEREAS, on March 28, 2022, the Parties filed a joint stipulated request to set a briefing schedule as to Plaintiff's Motion to Remand and Defendant's deadline to file an answer or, if Plaintiff's Motion to Remand is denied, then a Rule 12 motion;

WHEREAS, on May 3, 2022, Plaintiff filed her Motion to Remand the Action back to San Joaquin State Court but the Court issued an Order on March 28, 2023, denying Plaintiff's Motion;

WHEREAS, Defendant has informed Plaintiff that it intends to file a Rule 12 motion;

WHEREAS, after the Parties' meet and confer efforts, Plaintiff has decided to file a First Amended Class Action Complaint;

WHEREAS, the Parties respectfully request that the Court permit Plaintiff to file the First Amended Class Action Complaint, attached hereto as Exhibit "A." A redlined version of the First Amended Class Action Complaint is attached as Exhibit "B."

IT IS SO STIPULATED.

//

DATED: April 20, 2023          KINGSLEY & KINGSLEY, APC


                               By:_____
                                  Eric B. Kingsley
                                  Liane Katzenstein Ly
                                  Attorneys for Plaintiff Danielle Marcy and the
                                  Proposed Class


DATED: April 20, 2023          OGLETREE, DEAKINS, NASH, SMOAK &
                               STEWART, P.C.

                               By: _/s/_ Michael Nader_____
                                  Michael Nader
                                  Attorneys for Defendant J. R. Simplot

**STIPULATION FOR LEAVE TO PERMIT PLAINTIFF TO FILE FIRST AMENDED CLASS ACTION COMPLAINT; ORDER THEREON**

## **ORDER**

The Court, having considered the Parties' Joint Stipulation for Leave to Permit Plaintiff to File a First Amended Class Action Complaint, and finding good cause therefore, hereby orders:

1.      Plaintiff shall file her First Amended Class Action Complaint, within five (5) days of receiving notice that the Court has signed this order permitting amendment.

2.      Defendant shall maintain all rights to file any responsive pleading to Plaintiff's First Amended Class Action Complaint within thirty (30) days after service of the First Amended Class Action Complaint.

**IT IS SO ORDERED.**

**DATED: April 20, 2023**

Troy L. Nunley
United States District Judge

**STIPULATION FOR LEAVE TO PERMIT PLAINTIFF TO FILE FIRST AMENDED CLASS ACTION COMPLAINT; ORDER THEREON**