1  ERIC B. KINGSLEY, SBN 185123
   eric@kingsleykingsley.com
2  LIANE KATZENSTEIN LY, SBN 259230
   liane@kingsleykingsley.com
3  JESSICA BULAON, SBN 340749
   jessi@kingsleykingsley.com
4  KINGSLEY & KINGSLEY, APC
   16133 Ventura Boulevard, Suite 1200
5  Encino, CA 91436
   Telephone:     818-990-8300
6  Facsimile:     818-990-2903

7  Attorneys for Plaintiff, DANIELLE MARCY

8  MICHAEL J. NADER, SBN 200425
   michael.nader@ogletree.com
9  ALEXANDRA M. ASTERLIN, SBN 221286
   alexandra.asterlin@ogletree.com
10 OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
11 500 Capitol Mall, Suite 2500
   Sacramento, CA  95814
12 Telephone:     916-840-3150
   Facsimile:     916-840-3159
13
   Attorneys for Defendant J.R. SIMPLOT
14 COMPANY

15                   **UNITED STATES DISTRICT COURT**

16                   **EASTERN DISTRICT OF CALIFORNIA**

| 17 DANIELLE MARCY, an individual, on behalf of herself and others similarly situated | Case No. 2:22-cv-00523-TLN-CKD |
|---|---|
| 18             Plaintiff, | **STIPULATION FOR LEAVE TO PERMIT PLAINTIFF TO FILE SECOND AMENDED CLASS ACTION COMPLAINT; ORDER THEREON** |
| 19       vs. | |
| 20 J.R. SIMPLOT COMPANY; and DOES 1 thru 50, inclusive, | Complaint Filed:  February 14, 2022<br>FAC Filed:        April 21, 2023<br>Removal Filed:    March 21, 2022<br>Trial Date:       TBD |
| 21 | |
| 22             Defendant. | |

23

24       Plaintiff DANIELLE MARCY ("Plaintiff"), an individual, on behalf herself and the

25 Proposed Class, and Defendant J. R. SIMPLOT COMPANY ("Defendant") (collectively the

26 "Parties") hereby stipulate as follows:

27       WHEREAS, on April 21, 2023, Plaintiff filed a First Amended Complaint (FAC").

28

                                           1

WHEREAS, the Parties further met and conferred, and Plaintiff has agreed to dismiss her Fourth Cause of Action (Unfair Competition) in her First Amended Complaint.

WHEREAS, the Parties respectfully request that the Court permit Plaintiff to file a Second Amended Class Action Complaint, a copy of which is attached hereto as Exhibit "A."

IT IS SO STIPULATED.

DATED: May 17, 2023                 KINGSLEY & KINGSLEY, APC

                                    By: /s/ Liane Katzenstein Ly
                                        Eric B. Kingsley
                                        Liane Katzenstein Ly

                                        Attorneys for Plaintiff DANIELLE MARCY
                                        AND THE PROPOSED CLASS

DATED: May 15, 2023                 OGLETREE, DEAKINS, NASH,
                                    SMOAK & STEWART, P.C.

                                    By: /s/ Michael J. Nader
                                        Michael J. Nader
                                        Alexandra M. Asterlin

                                        Attorneys for Defendant J.R. SIMPLOT
                                        COMPANY

**ORDER**

The Court, having considered the Parties' Joint Stipulation for Leave to Permit Plaintiff to File a Second Amended Class Action Complaint, and finding good cause therefore, hereby orders:

1. Plaintiff shall file her Second Amended Class Action Complaint, within five (5) days of receiving notice that the Court has signed this order permitting amendment.

2. Defendant shall file a responsive pleading to Plaintiff's Second Amended Class Action Complaint within thirty (30) days after service of the Second Amended Complaint.

**IT IS SO ORDERED.**

**DATED: 5/17/23**

Troy L. Nunley
United States District Judge